FILED
March 8, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>MARIA EUGENA CERVANTES EXHEVARRIA,<br><br>        Defendant. | Case No. 2:18CR00196-GEB-2<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARIA EUGENA CERVANTES EXHEVARRIA__, Case No. __2:18CR00196-GEB-2__, Charge __21USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

    ✔    (Other)  __Defendant is ordered Temporarily Released.__

**The defendant shall be released on 3/9/2019 @9:00 a.m. to the custody of Lisa Gara. Defendant to remain in the custody of Ms. Gara until return to jail no later than 3/2/2019 at 7:00 p.m.**

Issued at __Sacramento, CA__ on __March 8, 2019__ at __2:55 pm__.

By  /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court