PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIA CERVANTES-ECHEVARRIA,<br><br>　　　　Defendant. | 2:18-CR-00196-TLN<br><br>FINAL ORDER OF FORFEITURE |

　　　　On October 9, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the guilty plea entered by defendant Maria Cervantes-Echevarria and the Stipulation and Application for a Preliminary Order of Forfeiture forfeiting to the United States the following property:

　　　　a.　　Approximately $15,546.00 in U.S. Currency, plus any accrued interest,

　　　　Beginning on October 18, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

　　　　The United States sent direct written notice by certified mail to the following individual known to have a potential interest in the property:

      a.      Nicholas Jimenez-Lopez:  A notice letter was sent via certified mail to Nicholas Jimenez-Lopez at 25325 Lincoln Street, Los Molinos, CA 96055 on October 21, 2019.  The envelope was returned to our office as "attempted – not known, unable to forward" on November 4, 2019.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Maria Cervantes-Echevarria and Nicholas Jimenez-Lopez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 26th day of May, 2022.

                                                  Troy L. Nunley
                                                  United States District Judge